**Tabetha A. Martinez, Esq. (NV 14237)**
**Ashlie L. Surur, Esq. (NV 11290)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
           asurur@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TANYA SWIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:    2:25-cv-02072-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 14 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, TANYA SWIS and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

BURGER, MEYER & D' ANGELO, LLP

-2-

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| Dated: June 25, 2026 | Dated: June 25, 2026 |
|---|---|
| BURGER, MEYER & D'ANGELO, LLP | THE POWELL LAW FIRM |
| /s/ Ashlie L. Surur | /s/ Paul D. Powell |
| Tabetha A. Martinez, Esq. | Paul D. Powell, Esq. |
| Nevada Bar No. 14237 | Nevada Bar No. 7488 |
| Ashlie L. Surur, Esq. | Jonathan Powell, Esq. |
| Nevada Bar No. 11290 | Nevada Bar No. 9153 |
| 725 S. 8th Street, Suite 200 | 8918 Spanish Ridge Avenue, Suite 100 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89148 |
| Attorneys for Defendant | Attorneys for Plaintiff |

## ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

_____
**U.S. District Judge**
**June 29, 2026**

Respectfully Submitted By:

BURGER, MEYER & D'ANGELO, LLP

/s/ Ashlie L. Surur
Tabetha A. Martinez, (NV 14237)
Ashlie L. Surur, Esq., (NV 11290)
Attorneys for Defendant

BURGER, MEYER & D' ANGELO, LLP